## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) POLLUTION CONTROL CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 5:11-cv-00494-R |
| (1) RENEGADE OILFIELD PRODUCTS, LLC | ) ) ) | |
| Defendants. | ) ) ) | |

## AGREED ORDER OF JUDGMENT

Pursuant to the Stipulation and Agreement of the parties, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1.      This Court has jurisdiction over the parties and over all claims asserted herein and continuing jurisdiction to enforce the terms and provisions of this Agreed Order and the terms and conditions of the agreements between the parties that resulted in settlement of this case (such agreements collectively referred to as the "Settlement Agreement").

2.      This case arose under the patent statutes of the United States and this Court has jurisdiction over all claims pursuant to 28 U.S.C. § 1331 and § 1338.  Venue is proper pursuant to 28 U.S.C. § 1391(a).

3.      United States Patent No. 5,647,412 (the '412 Patent), which issued on July 15, 1997, is valid and enforceable.

4.      United States Patent No. 7,673,658 (the '658 Patent), which issued on March 9, 2010, is valid and enforceable.

5.      United States Patent No. 7,912,884 (the '884 Patent), which issued on April 12, 2012, is valid and enforceable.

6.      Plaintiff Pollution Control Corporation ("PCC") has the exclusive license to make, use, sell, offer to sell, import and export products, in the field of spill containment in oil and gas exploration and production, covered by the '412, '658, and '884 Patents (collectively, the "Patents-in-Suit"), which generally relate to load line spill containers.

7.      Defendant Renegade Oilfield Products, LLC ("Renegade") manufactures, sells and offers for sale load line spill containers.

8.      On May 6, 2011, Plaintiff initiated suit against Renegade for infringement of the Patents-in-Suit.

9.      On or about May 9, 2013, the parties and/or their affiliates entered into the Settlement Agreement under which Renegade agreed to be enjoined from infringing the Patents-in-Suit.

10.     Thus, Defendant Renegade Oilfield Products, LLC, together with its members, managers, owners, employees, successors and assigns (the "Enjoined Parties"), are hereby enjoined as follows:

a.      The Enjoined Parties are prohibited from directly or indirectly infringing, contributing to the infringement, or inducing the infringement of any of the Patents-in-Suit, including by making, using, offering to sell, selling within the United Sates, or importing into the United States the Renegade's Pumpkin and

2

Great Pumpkin products and any other product that infringes any of the Patents-in-Suit; and

b.      This injunction will begin on the date of this Order and will last during the respective term of each of the Patents-in-Suit as well as any and all reissues, reexaminations, continuations, continuations-in-part and/or extensions thereof.

Dated this 13th day of May, 2013.

_David L. Russell_

**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**

APPROVED:

s/John A. Kenney
John A. Kenney, OBA #4976
Michael J. LaBrie, OBA #16253
Amy D. White, OBA #19255

McAFEE & TAFT
A Professional Corporation
Tenth Floor, Two Leadership Square
211 North Robinson Ave.
Oklahoma City, Oklahoma  73102
Telephone:  (405) 235-9621
Facsimile:  (405) 235-0439

john.kenney@mcafeetaft.com
michael.labrie@mcafeetaft.com
amy.white@mcafeetaft.com

Counsel for Plaintiff


s/Phillip L. Free
(Signed by filing attorney w/permission)
Michael E. Smith, OBA #8385
Phillip L. Free, Jr., OBA #15765
Michael H. Smith, OBA #19222

HALL, ESTILL, HARDWICK
    GABLE, GOLDEN & NELSON, P.C.
100 North Broadway, Suite 2900
Oklahoma City, OK 73102-8865
Telephone: (405) 553-2878
Facsimile: (405) 553-2855

mesmith@hallestill.com
pfree@hallestill.com
mhsmith@hallestill.com

Counsel for Defendant