IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| POLLUTION CONTROL CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> RENEGADE OILFIELD ) <br> PRODUCTS, LLC ) <br> ) <br> Defendant. ) | Case No. 5:11-cv-00494-R <br><br> Judge David L. Russell |

## ORDER

This matter is before the Court on the Joint Motion to Reopen [Doc. No. 112]. The Motion to Reopen is DENIED as MOOT and the Administrative Closing Order [Doc. No. 106] is extended to May 13, 2013, to allow for the filing of the Agreed Order and Judgment [Doc. No. 113].

IT IS SO ORDERED this 14th day of May, 2013.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE